Ranjeet KAUR, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–73339.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Carolina GARCIA, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–74230.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Before: WALLACE, LEAVY and BERZON, Circuit Judges.

MEMORANDUM **

Ranjeet Kaur, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming the Immigration Judge's ("IJ") denial of her applications for asylum and withholding of removal, and request for relief under the Convention Against Torture ("CAT"). We lack jurisdiction to review the IJ's adverse credibility finding, which is the sole issue in this case, because petitioner failed to raise it before the BIA. See Barron v. Ashcroft, 358 F.3d 674, 677 (9th Cir.2004).

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Carolina Garcia, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals dismissing an appeal from the immigration judge's ("IJ") order denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

We review for abuse of discretion the denial of a motion for a continuance, *Nakamoto v. Gonzales,* 363 F.3d 874, 883 n. 6 (9th Cir.2004), and review de novo claims of due process violations, *Lopez–Urenda v. Ashcroft,* 345 F.3d 788, 791 (9th Cir.2003). We deny the petition for review.

Garcia contends the agency erred in denying two motions for a continuance. We disagree. The IJ did not abuse her discretion by denying Garcia's original motion to continue because her attorney's conflict arose months after the hearing was scheduled. *See Baires v. INS,* 856 F.2d 89, 91 (9th Cir.1988). Nor did the IJ abuse her discretion by denying Garcia's renewed motion to continue on the ground that Garcia was feeling dizzy after taking medication, because Garcia said she felt clearheaded enough to proceed. *See id.* As the IJ did not err in denying the motions to continue, Garcia cannot show her due process rights were violated. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (noting that an alien must show error to prevail on a due process challenge).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.